# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 10-<u>10041</u>-01-11-<u>MLB</u> |
| ) | |
| **AGUSTIN HERNANDEZ** ) | |
| a/k/a Agustine Hernandez Soto ) | **FILED UNDER SEAL** |
| a/k/a Agustine Soto ) | |
| a/k/a "Guti", ) | |
| **SAJCHA DAMON HOBBS** ) | |
| a/k/a "Squash" a/k/a "Calabaza"; ) | |
| **MICHAEL MAX KRUMREY, JR.** ) | |
| a/k/a "Scrubs"; ) | |
| **KARLA JOHANA VERDUGO** ) | |
| a/k/a "Anna"; ) | |
| **ELIZABETH TREVINO;** ) | |
| **JUAN ROMERO** a/k/a "Frost"**;** ) | |
| **SAOLY SOUVANNAKILY** ) | |
| a/k/a "Chino"; ) | |
| **ROSA MARIA HERNANDEZ** ) | |
| a/k/a Rosa M. Hernandez-Flores, a/k/a ) | |
| Rosita Hernandez, a/k/a Rosita Flores; ) | |
| **OLGA HERNANDEZ** ) | |
| a/k/a Olga Hernandez-Soto, a/k/a Olga ) | |
| Hernandez-Ramirez, a/k/a Olga ) | |
| Soto-Ramirez, a/k/a Olga Soto; ) | |
| **HEATH DUNCAN;** ) | |
| **RACQUEL N. SOSA** ) | |
| a/k/a Racquel Legoretta a/k/a Rachel; ) | |
| ) | |
| Defendants. ) | |
| ) | |

## SEALED INDICTMENT

The Grand Jury charges:

## COUNT 1

From on or about December 1, 2008, the exact date being unknown to the grand jury, and continuing through approximately September 3, 2009, in the District of Kansas and elsewhere,

**AGUSTIN HERNANDEZ** a/k/a Agustine Hernandez Soto
a/k/a Agustine Soto  a/k/a "Guti",
**SAJCHA DAMON HOBBS** a/k/a "Squash" a/k/a "Calabaza",
**MICHAEL MAX KRUMREY, JR.** a/k/a "Scrubs", and
**KARLA JOHANA VERDUGO** a/k/a "Anna",

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, as well as other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to distribute controlled substances, to wit: 50 grams or more of methamphetamine and 500 grams or more of cocaine HCL, all controlled substances, in violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 7, 2008, in the District of Kansas,

**ELIZABETH TREVINO**,

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 69.2 grams of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(C)

## COUNT 3

On or about May 13, 2009, in the District of Kansas,

**ELIZABETH TREVINO** and
**JUAN ROMERO** a/k/a "Frost",

the defendants herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 32.8 grams of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(C) and Title 18, United States Code, Section 2.

### **COUNTS 4 - 29**

On or about the dates specified below, in the District of Kansas, the defendants herein, listed below, unlawfully, knowingly, and intentionally used a communication facility, to wit: a telephone in causing or facilitating the commission of a felony under the Controlled Substances Act, to wit: conspiracy to distribute and the distribution of controlled substances, in violation of Title 21, United States Code, Section 841 and 846:

| Count | Date | Call/Text No. | Line/HOBBS | Defendant | Line/Co-Defendant | Time |
|---|---|---|---|---|---|---|
| 4 | 8/19/09 | 4 | 316-761-4314 | Sajcha HOBBS Agustin HERNANDEZ | 128*82039*1 | 4:50 p.m. |
| 5 | 8/19/09 | 12 | 316-761-4314 | Sajcha HOBBS Michael KRUMREY | 316010158620154 | 10:30 p.m. |
| 6 | 8/21/09 | 85 | 316-761-4314 | Sajcha HOBBS Agustin HERNANDEZ | 128*82039*1 | 5:49 p.m. |
| 7 | 8/22/09 | 105 | 316-761-4314 | Sajcha HOBBS Agustin HERNANDEZ | 128*82039*1 | 1:32 p.m. |
| 8 | 8/22/09 | 112 | 316-761-4314 | Sajcha HOBBS Saoly SOUVANNAKILY | 316010158669659 | 1:45 p.m. |
| 9 | 8/22/09 | 349 | 316-300-1179 | Sajcha HOBBS Karla Johana VERDUGO | 316-761-2384 | 3:22 p.m. |
| 10 | 8/22/09 | 152 | 316-761-4314 | Sajcha HOBBS Michael KRUMREY | 316010158620154 | 6:32 p.m. |
| 11 | 8/22/09 | 159 | 316-761-4314 | Sajcha Hobbs Heath DUNCAN | 316010158666237 | 7:11 p.m. |
| 12 | 8/24/09 | 207 | 316-761-4314 | Sajcha HOBBS Agustin HERNANDEZ | 128*82039*1 | 2:19 p.m. |
| 13 | 8/24/09 | 210 | 316-761-4314 | Sajcha HOBBS Michael KRUMREY | 316010158620154 | 3:53 p.m. |
| 14 | 8/24/09 | 212 | 316-761-4314 | Sajcha HOBBS Agustin HERNANDEZ | 128*82039*1 | 4:23 p.m. |

| Count | Date | Call/Text No. | Line/HOBBS | Defendant | Line/Co-Defendant | Time |
|---|---|---|---|---|---|---|
| 15 | 8/24/09 | 215 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 5:11 p.m. |
| 16 | 8/25/09 | 273 | 316-761-4314 | Sajcha HOBBS<br>Michael KRUMREY | 316010158620154 | 11:46 p.m. |
| 17 | 8/26/09 | 299 | 316-761-4314 | Sajcha Hobbs<br>Heath DUNCAN | 316010158666237 | 11:48 a.m. |
| 18 | 8/26/09 | 330 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 8:11 p.m. |
| 19 | 8/27/09 | 342 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 12:17 p.m. |
| 20 | 8/27/09 | 344 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 12:50 p.m. |
| 21 | 8/27/09 | 1130 | 316-300-1179 | Sajcha HOBBS<br>Karla Johana VERDUGO | 316-761-2384 | 4:30 p.m. |
| 22 | 8/27/09 | 360 | 316-761-4314 | Sajcha HOBBS<br>Michael KRUMREY | 128*82039*1 | 7:19 p.m. |
| 23 | 8/27/09 | 363 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 316010158620154 | 8:11 p.m. |
| 24 | 8/27/09 | 384 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 9:23 p.m. |
| 25 | 8/28/09 | 412 | 316-761-4314 | Sajcha Hobbs<br>Heath DUNCAN | 316010158666237 | 11:43 a.m. |
| 26 | 8/28/09 | 1269 | 316-300-1179 | Sajcha HOBBS<br>Saoly SOUVANNAKILY | 316-761-3486 | 3:31 p.m. |
| 27 | 8/28/09 | 439 | 316-761-4314 | Sajcha HOBBS<br>Agustin HERNANDEZ | 128*82039*1 | 7:49 p.m. |
| 28 | 8/28/09 | 441 | 316-761-4314 | Sajcha HOBBS<br>Michael KRUMREY | 316010158620154 | 7:55 p.m. |
| 29 | 8/28/09 | 462 | 316-761-4314 | Sajcha HOBBS<br>Michael KRUMREY | 316010158620154 | 10:12 p.m. |

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

4

## COUNT 30

On or about the dates specified below, in the District of Kansas, the defendants herein, listed below, unlawfully, knowingly, and intentionally used a communication facility, to wit: a push-to-talk telephone over which one conversation occurred which caused or facilitated the commission of a felony under the Controlled Substances Act, to wit: conspiracy to distribute and the distribution of controlled substances, in violation of Title 21, United States Code, Section 841 and 846:

| Count | Date | Call/Text No. | Line/HOBBS | Defendant | Line/Co-Defendant | Time |
|---|---|---|---|---|---|---|
| 30 | 8/21/09 | 57-63 | 316-761-4314 | Sajcha HOBBS Heath DUNCAN | 316010158666237 | 2:49 p.m. |

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

## COUNT 31

On or about August 28, 2009, in the District of Kansas,

**SAOLY SOUVANNAKILY** a/k/a "Chino",

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 498.2 grams of a mixture or substance containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(C).

## COUNT 32

On or about September 2, 2009, in the District of Kansas,

**MICHAEL MAX KRUMREY, JR.** a/k/a "Scrubs",

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 177.0 grams of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A).

## COUNT 33

On or about September 2, 2009, in the District of Kansas,

**MICHAEL MAX KRUMREY, JR.** a/k/a "Scrubs",

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 639.2 grams of a mixture or substance containing a detectable amount of marijuana, a controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(D).

## COUNT 34

On or about September 2, 2009, in the District of Kansas,

**MICHAEL MAX KRUMREY, JR.** a/k/a "Scrubs",

the defendant herein, did knowingly possess a firearm, to-wit: a Jennings, Model T380 semi-automatic handgun, in furtherance of a drug trafficking crime, for which the person may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c).

## COUNT 35

On or about September 2, 2009, in the District of Kansas,

**MICHAEL MAX KRUMREY, JR.** a/k/a "Scrubs",

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Jennings, Model T380 semi-automatic handgun, which has been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, § 922(g)(1) and 924(a)(2).

## COUNT 36

From on or a date unknown, but from at least on or about August 19, 2009 through September 3, 2009, in the District of Kansas,

**ROSA MARIA HERNANDEZ** a/k/a Rosa M. Hernandez-Flores, a/k/a Rosita Hernandez, a/k/a Rosita Flores,
**OLGA HERNANDEZ** a/k/a Olga Hernandez-Soto, a/k/a Olga Hernandez-Ramirez, a/k/a Olga Soto-Ramirez, a/k/a Olga Soto;

the defendants herein, knowing that an offense against the United States has been committed, to wit, Conspiracy to Distribute Controlled Substances; Distribution of Controlled Substances; and the Possession of Controlled Substances with the Intent to Distribute, as alleged in *United States v. Agustin Hernandez, et al.,* District of Kansas Case Number 08-10106-JTM, did receive, relieve, comfort, and assist the offender, **AGUSTIN HERNANDEZ** a/k/a Agustine Hernandez Soto a/k/a Agustine Soto a/k/a "Guti", in order to hinder and prevent the offender's apprehension, trial, and punishment.

In violation of Title 18, United States Code, Section 3 and Title 18, United Sates Code, Section 2.

# COUNT 37

From on or a date unknown, but from at least on or about August 19, 2009 through September 3, 2009, in the District of Kansas,

**RACQUEL N. SOSA** a/k/a Racquel Legoretta a/k/a Rachel,

the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit:  Conspiracy to Distribute Controlled Substances; Distribution of Controlled Substances; and the Possession of Controlled Substances with the Intent to Distribute, did conceal the same by having knowledge that **AGUSTIN HERNANDEZ** a/k/a Agustine Hernandez Soto a/k/a Agustine Soto  a/k/a "Guti" was involved in the distribution of controlled substances, as set forth in counts 1, 4, 6, 7, 12, 14, 15, 18, 19, 20, 22, 24, and 27, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

A TRUE BILL


  March 3, 2010                                      s/Foreman                                            
DATE                                                    FOREMAN OF THE GRAND JURY



s/Lanny D. Welch                                 
Lanny D. Welch
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
KS Bar No. 13267

(It is requested that trial be held in Wichita, Kansas).

8